# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROBERT WALKER,**

    **Plaintiff,**

    v.

**NAUTILUS, INC.,**

    **Defendant.**

**Case No. 2:20-cv-3414**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Elizabeth P. Deavers**

## OPINION AND ORDER

Nautilus' Motion to Stay Proceedings Pending Appeal is **GRANTED** and all deadlines set by the Court's December 1, 2020 Preliminary Pretrial Order (ECF No. 21) are hereby **STAYED**. The Parties are ordered to contact chambers within two weeks of the resolution of Defendant Nautilus Inc.'s appeal to arrange for a Scheduling Conference.

    **IT IS SO ORDERED.**

**6/25/2021**　　　　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**